IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK04-83076 |
| | ) | A06-8082 |
| RONALD GENGE FRANCIS, JR., | ) | |
| | ) | CH. 7 |
| Debtor(s). | ) | |
| NOEL J. SMITH and | ) | |
| PACCAR FINANCIAL CORP., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONALD GEORGE FRANCIS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Contemporaneously herewith, an order has been entered vacating certain orders granted in this adversary proceeding. In that order, the court determined that there was evidence that the debtor, in February of 2004, in Case No. BK 02-81226, sold property of the bankruptcy estate to the plaintiff in this adversary proceeding for $27,000. Such sale was without court authorization and the proceeds were not delivered to the secured creditor. The debtor was unable at that time, and is still unable, to deliver clear title to the buyer. The Office of the United States Attorney for the District of Nebraska is requested to review the file and particularly review the transaction referred to in the order.

IT IS ORDERED: The Clerk of the Bankruptcy Court is requested to provide a copy of this order, and the order filed contemporaneously herewith, to the Office of the United States Attorney for the District of Nebraska. The Clerk shall also provide a copy of this order to counsel for the debtor in Case No. BK02-81226 and Case No. BK04-83076, even though they may subsequently have withdrawn.

DATED this 22nd day of January, 2007.

BY THE COURT:

/s/ Timothy J. Mahoney
Chief Judge

Notice given by the Court to:
Douglas D. Kluver
Jennifer Benedict
Ronald George Francis, Jr.
U.S. Trustee